**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

        Plaintiff,

vs.                                            Case No. 3:19-cv-236-J-20JRK

JOHN DOE subscriber assigned IP
address 67.190.215.195, an individual,

        Defendant.
_____/

**O R D E R**

This cause is before the Court on Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to Rule 26(f) Conference and Incorporated Memorandum of Legal Authority (Doc. No. 7; "Motion"), filed March 13, 2019. The Motion requests leave to serve a third-party subpoena on Comcast Cable Communications, LLC, prior to the case management conference that is required by Rule 26(f), Federal Rules of Civil Procedure. Plaintiff, however, has not filed the proposed subpoena. Accordingly, it is

**ORDERED:**

1.     Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to Rule 26(f) Conference and Incorporated Memorandum of Legal Authority (Doc. No. 7) is **TAKEN UNDER ADVISEMENT**.

2.     On or before **April 22, 2019**, Plaintiff shall file the proposed subpoena that is the subject of the Motion.

**DONE AND ORDERED** at Jacksonville, Florida on April 12, 2019.

bhc
Copies to:
Counsel of Record

                                                    JAMES R. KLINDT
                                           United States Magistrate Judge